IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>            Plaintiff,<br><br>    v.<br><br>VIVIAN VUONG,<br><br>            Defendant. | No. 2:21-CV-0826-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 17, for an extension of time to file a first amended complaint. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff's first amended complaint filed on August 2, 2021, is deemed timely. The sufficiency of Plaintiff's first amended complaint will be addressed separately.

IT IS SO ORDERED.

Dated: August 12, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1