IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO, | No. 2:21-CV-0826-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| VIVIAN VUONG, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 11, for an expedited trial. As explained in the Court's October 13, 2021, order, Plaintiff has been provided an opportunity to file a single amended complaint setting forth all his allegations in a single pleading. See ECF No. 22. Until such time as Plaintiff either files an amended complaint or the prior complaint is determined appropriate for service, and until such time as Defendant has appeared in the action, Plaintiff's request for an expedited trial is premature and is denied as such.

IT IS SO ORDERED.

Dated: October 27, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1