1
2
3
4
5
6
7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   FRANCISCO MERINO,                         No.  2:21-CV-0826-KJM-DMC-P

12                    Plaintiff,

13          v.                                  ORDER

14   VIVIAN VUONG,

15                    Defendant.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42

18   U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 50, for an order requiring

19   "Defendant 'UC Davis Eye Center'" to file an answer.  Plaintiff's motion is denied because UC

20   Davis Eye Center is not named as a defendant to this action.  Vivian Vuoung is the only named

21   defendant and, as to Defendant Vuoung, the Court has determined that Plaintiff fails to state a

22   claim upon which relief can be granted.  See ECF No. 32 (Findings and Recommendations).

23          IT IS SO ORDERED.

24   Dated:  September 16, 2022

25                                              _____

26                                              DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE
27

28

1