IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIVIAN VUONG,<br><br>　　　　Defendant. | No. 2:21-CV-0826-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 45, for an order addressing the sufficiency of Plaintiff's complaint. Plaintiff's motion is denied because the Court has issued findings and recommendations addressing the sufficiency of Plaintiff's complaint. See ECF No. 32 (recommending dismissal for failure to state a claim).

　　　　IT IS SO ORDERED.

Dated: September 16, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1