UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco Merino,<br><br>                Plaintiffs,<br><br>   v.<br><br>Vivian Vuong,<br><br>                Defendant. | No. 2:21-cv-00826-KJM-DMC<br><br>ORDER |

On October 11, 2022, this court adopted the findings and recommendations of the magistrate judge and dismissed the action for failure to state a claim. Order, ECF No. 56. The court directed the Clerk of Court to enter judgment and to close the case. *Id.* Plaintiff Francisco Merino filed a notice of appeal, Notice, ECF No. 60, and the appeal is pending before the Ninth Circuit. Plaintiff, proceeding pro se, has now filed a document requesting the court to fix an accounting mistake in his inmate trust account. Mot., ECF No. 65. He argues the filing fee for this case was taken twice and asks the court to return the amount erroneously deducted from his account. *Id.* Plaintiff has attached a copy of his Inmate Statement Report, which shows the filing fee for this case was deducted twice on July 1, 2023. *Id.* at 2. Nineteen dollars ($19) was deducted for case no. "2:21CV00826-KJM-DMC" and another $19 was deducted for case no. "2:21-CV-00826-DMC." *Id.* The case numbers are the same; however, the Report notes the "Original Owed Balance" is $350 for 2:21-CV-00826-DMC and $505 for 2:21CV00826-KJM-

1

DMC. *Id.* Although it appears the filing fees are duplicative, they are not. The filing fees for civil cases is $350 and the filing fee for a notice of appeal is $505. *See* Fee Schedule.[1] Here, because plaintiff filed a notice of appeal, he is also responsible for the filing fee associated with that notice. Accordingly, the court finds there has been no error and **denies** plaintiff's request, which the court construes as a motion for administrative relief.

This order resolves ECF No. 65.

IT IS SO ORDERED.

DATED: August 7, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] United States District Court, Eastern District of California, *Fee Schedule*, https://www.caed.uscourts.gov/caednew/index.cfm/attorney-info/fee-schedule (last visited Aug. 1, 2023).