IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIVIAN VUONG,<br><br>　　　　Defendant. | No.  2:21-CV-0826-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action under 42 U.S.C. § 1983.  Final judgment was entered on October 11, 2022, and this case is closed.  On April 30, 2024, the Ninth Circuit Court of Appeals affirmed this Court's decision.  Pending in this closed case is Plaintiff's motion for the appointment of counsel.  See ECF No. 70.  Plaintiff motion is denied as moot because this matter is closed.

　　　　IT IS SO ORDERED.

Dated:  May 10, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1