IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO, | No. 2:21-CV-0826-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| VIVIAN VUONG, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action under 42 U.S.C. § 1983. Final judgment was entered on October 11, 2022, and this case is closed. On April 30, 2024, the Ninth Circuit Court of Appeals affirmed this Court's decision. Pending in this closed case is Plaintiff's motion for a refund of appellate filing fees. See ECF No. 74.

In his motion, Plaintiff states that he never intended to appeal the Court's October 11, 2022, final judgment. See id. The District Judge, however, has previously determined that Plaintiff filed a notice of appeal, and that Plaintiff is responsible for the filing fee associated with that notice. See ECF No. 66. Plaintiff's currently motion for refund of filing fees will be denied.

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 74, is
2  denied consistent with the District Judge's prior order.

4  Dated: August 11, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2